```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


WILLIAM LEONHAUSER,              :
         Plaintiff
                                 :

                                 :
         vs.                          CIVIL NO. 1:CV-05—0305
                                 :       (Judge Caldwell)
SCI SMITHFIELD,                      (Magistrate Judge Mannion)
JOHN A. PALAKOVICH,              :
DR. RONALDLONG,
         Defendants              :
```

O R D E R

AND NOW, this 13th day of March, 2006, upon consideration of the report (doc. 31) of the magistrate judge, filed February 7, 2006, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1.  The magistrate judge's report is adopted.

    2.  The motion (doc. 16) to dismiss of defendant, John A. Palakovich, is denied.

    3.  This matter is remanded to the magistrate judge for further proceedings.


                                                 /s/William W. Caldwell  
                                                William W. Caldwell  
                                                United States District Judge