```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

WILLIAM LEONHAUSER,            :
    Plaintiff
                                  :

                                  :
    vs.                      CIVIL NO. 1:CV-05—0305
                                  :     (Judge Caldwell)
SCI SMITHFIELD,              (Magistrate Judge Mannion)
JOHN A. PALAKOVICH,    :
DR. RONALD LONG,
ATTORNEY GENERAL OF PENNSYLVANIA:
    Defendants

<u>O R D E R</u>

AND NOW, this 3rd day of August, 2007, upon consideration of the thorough and detailed report and recommendation filed by Magistrate Judge Mannion, to which no objections have been filed, and upon an independent review of the complete record, it is ordered that the report is approved.

Pursuant to the recommendation of Judge Mannion it is further Ordered that the claims stated against SIC-Smithfield, John A. Palakovich, Ronald Long, and the Attorney General of Pennsylvania, are dismissed.

The Clerk of Court shall close this file.

                                       /s/William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge